715         In re Mary Alice Ismail Medical Malpractice Litigation

| Date | No. | Description |
|---|---|---|
| 86/10/21 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 -A-2) -- Dr. James L. McLean defendant -- SUGGESTED TRANSFEREE DISTRICT: SINGLE DISTRICT -- SUGGESTED JUDGE. (tmq) |
| 86/10/31 | | APPEARANCES:  JOEL EVERY, ESQ. FOR Mary Alice Ismail, et al.; and GARY A. WOLENNSKY, ESQ. FOR Dr. James L. McLean  (cds) |
| 86/11/04 | 2 | RESPONSE (to pldg. #1)-- deft. Charter Medical Corp. and Charter Medical International-Arabia, Inc. -- w/cert. of service  (cds) |
| 86/11/04 | | APPEARANCE:  WILLIAM E. HOFFMANN, JR., ESQ. for Charter Medical Corp. and Charter Medical International-Arabia, Inc. (cds) |
| 86/11/05 | 3 | RESPONSE (to pldg. #1), EXHIBITS -- pltf. Mary Alice Ismail, et al. -- w/cert. of service (cds) |
| 86/11/10 | 4 | ADDITIONAL RESPONSE -- Pltfs. Mary Alice Ismail, et al. -- w/cert. of service  (cds) |
| 86/11/12 | 5 | REPLY BRIEF -- Defendant Dr. James McLean -- W/ Exhibit A & Cert. of Svc.  (paa) |
| 86/11/18 | 6 | LETTER -- signed by William Hoffmann, Jr., Esq., counsel for Charter Medical  (cds) |
| 86/12/19 | | HEARING ORDER -- setting motion to transfer for Panel hearing on January 29, 1987 in Tampa, Florida  (cds) |
| 87/01/28 | | HEARING APPEARANCES:  (hearing of 1/29/87) MICHAEL D. BROPHY, ESQ. For Dr. James L. McLean, Charter Medical Corp., and Charter Medical International-Arabia, Inc.; MARVIN S. HABER, ESQ. for Mary Alice Ismail and Dr. Nuhad Ismail (rh) |
| 87/01/28 | 7 | LETTER -- Oral Argument -- Attorney for defendants Michael Brophy (A-1 informally dismissed) -- W/Cert. of Svc.  (paa) |
| 87/02/04 | | ORDER WITHDRAWING MOTION -- Notified invovled judges, clerks, counsel and misc. recipients,  (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 715 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:   IN RE MARY ALICE ISMAIL MEDICAL MALPRACTICE LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 29, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 4, 1987 | MO | Unpublished | | | |

#### Special Transferee Information

DATE CLOSED:   February 4, 1987

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 715 -- In re Mary Alice Ismail Medical Malpractice Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mrs. Mary Alice Ismail, et al. v. Charter Medical Corp., et al. | Ga.,M. Fitzpatrick | 85-329-2 | | | | |
| A-2 | Mrs. Mary Alice Ismail, et al. v. Dr. James L. Mclean | Pa.,E. Cahn | 86-5496 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 715 -- In re Mary Alice Ismail Medical Malpractice Litigation

| | |
|---|---|
| MRS. MARY ALICE ISMAIL, ET AL.<br>  (A-1 & A-2)<br>Joel Every, Esquire<br>1515 Locust Street<br>7th Floor<br>Philadelphia, Pennsylvania  19102 | DR. JAMES L. MCLEAN<br>Gary A. Wolensky, Esquire<br>George J. Lavin, Jr. Associates<br>510 Walnut Street, 12th Floor<br>Penn Mutual Tower<br>Philadelphia, Pennsylvania  19106<br><br>CHARTER MEDICAL CORPORATION<br>CHARTER MEDICAL INTERNATIONAL<br>  - ARABIA, INC.<br>William E. Hoffmann, Jr., Esq.<br>King & Spalding<br>2500 Trust Company Tower<br>25 Park Place<br>Atlanta, GA  30303 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 715 -- In re Mary Alice Ismail Medical Malpractice Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| CHARTER MEDICAL CORPORATION | A-1, |
| CHARTER MEDICAL INTERNATIONAL - ARABIA, INC. | A-1, |
| DR. JAMES L. MCLEAN | A-2, |
| | |
| | |
| | |
| | |
| | |
| | |
| | |