JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -4 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 715

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MARY ALICE ISMAIL MEDICAL MALPRACTICE LITIGATION

ORDER WITHDRAWING MOTION*

On January 28, 1987, the Panel received a request by movant to withdraw his motion because the parties had reached an oral agreement for dismissal of the action pending in the Middle District of Georgia.

IT IS THEREFORE ORDERED that defendant's motion be, and the same hereby is, WITHDRAWN.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\*   Judge Louis H. Pollak took no part in the decision of this matter.